## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEGACY ENVIRONMENTAL, LLC** | **CIVIL ACTION NO.:** |
| v. | |
| **HAZ MAT SPECIAL SERVICES, LLC** | |

## COMPLAINT

Plaintiff, Legacy Environmental, LLC, brings this action against Defendant, Haz Mat Special Services, LLC, for breach of contract and under Louisiana's Open Account statute, and respectfully shows the Court as follows:

### PLAINTIFF

1. Plaintiff, Legacy Environmental, LLC (hereinafter "Legacy"), is a Louisiana limited liability company domiciled in Jefferson Parish, Louisiana.

### DEFENDANT

2. Defendant, Haz Mat Special Services, LLC (hereinafter "HMSS"), is a Texas company domiciled in Laporte, Texas.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the claims complained herein pursuant to 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties and the amount in controversy between plaintiff and defendant is in excess of $75,000, exclusive of interests and costs.

4. Venue is appropriate pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim occurred in this District.

## **BACKGROUND**

5. On September 30, 2022, Legacy and HMSS entered into a Master Service Agreement that provided the contractual terms between the parties as to future transactions when Legacy was providing services to HMSS.

6. Thereafter, HMSS hired Legacy to provide services on three different projects, (a) the Aqua Clean Disposal Runs, (b) the Florida Vessel Transport, and (c) the Walmart Distribution Center.

7. In accordance with Article 7 of the September 30, 2022 Master Service Agreement, Legacy issued the following invoices on each project in the amounts and on the dates below, the total balance of which is $152,016.06:

    a. the Aqua Clean Disposal Runs –

- Invoice 22-0769 on November 30, 2022, totaling $744.00.

    b. the Florida Vessel Transport –

- Invoice 22-0679 on October 31, 2022, totaling $38,760.00.
- Invoice 22-0720 on November 16, 2022, totaling $38,760.00.
- Invoice 22-0778 on November 30, 2022, totaling $1,200.00.

    c. the Walmart Distribution Center –

- Invoice 22-0752 on October 31, 2022, totaling $72,552.06.

8. Article 7 of the September 30, 2022 Master Service Agreement required HMSS to pay Legacy's invoices within forty-five days of its receipt thereof.

9. HMSS received each invoice on the dates above but failed to make payment when due to Legacy, in breach of contract.

10. Legacy made demand on HMSS to pay its invoices, which was refused.

11. Thereafter, in accordance with Article 20 of the September 30, 2022 Master Service Agreement, Legacy asserted the right of set-off against the foregoing sums owed to it by HMSS in the amount of $49,196.66, for sums it owed to HMSS for services provided by HMSS to Legacy, as reflected on the following invoices:

- Invoice FL100122-01, totaling $9,700.00.
- Invoice FL100822-01, totaling $16,830.66.
- Invoice FL100422-04, totaling $12,584.00.
- Invoice FL100422-4A, totaling $3,589.00.
- Invoice FL113022-01, totaling $2,575.50.
- Invoice FL111122-02, totaling $3,917.50.

12. After set-off, the amount due to Legacy by HMSS is $102,819.40.

## COUNT 1 – BREACH OF CONTRACT

13. As detailed above, Legacy and HMSS are parties to the September 30, 2022 Master Service Agreement.

14. Pursuant to Article 7, HMSS was obligated to pay the invoices of Legacy within forty-five days of its receipt thereof.

15. HMSS breached the September 30, 2022 Master Service Agreement when it failed to pay Legacy the amounts due and owing on the invoices.

16. As a direct and proximate result of HMSS' breach of the contract, Legacy has been damaged and is entitled to recover from HMSS the full amount due under the invoices, plus all attorney's fees, costs, expenses, and interest incurred as a result of HMSS' contractual breaches.

## COUNT 2 – OPEN ACCOUNT

17. As detailed above, HMSS is indebted to Legacy in the amount of $102,819.40 for the work reflected on the invoices in Paragraph 7 above.

18. In accordance with La. R.S. 9:2781, written demand was made for payment in the amount of $102,819.40 via certified mail, return receipt requested, to HMSS on June 16, 2023.

19. HMSS received the June 16, 2023 correspondence and advised that it would not make the payments when due. Accordingly, La. R.S. 9:2781 provides that Legacy is entitled to recover its reasonable attorneys' fees incurred in collection of the invoiced amounts due.

20. As a direct and proximate result of HMSS' failure to remit payment within 30 days of written demand, Legacy is entitled to recover from HMSS the principal amount due of $102,819.40, together with legal interest thereon from date of judicial demand, until paid, reasonable attorneys' fees, and all costs and expenses of these proceedings.

## PRAYER

WHEREFORE, Legacy Environmental, LLC prays for judgment in its favor against Haz Mat Special Services, LLC in the amount of $102,819.40, plus interest, attorneys' fees, costs, expenses, and any additional amounts and all other relief to which it may be entitled.

Respectfully submitted,

*/s/ Paul D. Hale*
Paul D. Hale (#30539)
Kari M. Rosamond (#34065)
**HALE DEVALL, L.L.C.**
400 Poydras Street
Suite 2107
New Orleans, LA  70130
Telephone:  504-576-0700
phale@haledevall.com
krosamond@haledevall.com
**Attorneys for Legacy Environmental, LLC**